| | |
|---|---|
| 1 | **CAROL ANN MOSES  #164193** |
| 2 | Attorney at Law |
|   | 7636 N. Ingram Ave., #104 |
| 3 | Fresno, California  93711 |
|   | Telephone:  (559) 449-9069 |
| 4 | Facsimile:    (559) 513-8530 |
| 5 | Attorney for Defendant, GARRY SAMPSON |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:16-cr-00176-DAD-BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING FOR DEFENDANT GARRY SAMPSON FROM OCTOBER 22, 2018 TO NOVEMBER 5, 2018 AT 10:00 AM.** |
| GARRY SAMPSON, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the Defendant, GARRY SAMPSON, his attorney of record, CAROL ANN MOSES, and the attorney for the government CHRISTOPHER D. BAKER, that the Sentencing Hearing in the above-captioned matter currently scheduled for October 22, 2018 at 10:00 AM be continued until November 5, 2018 at 10:00 AM.

Defense Counsel has encountered a time of personal hardship as her mother is currently in hospice care. Defense Counsel will not be prepared for Mr. Sampson's sentencing on the originally scheduled date as a large portion of her energy is being devoted to her mother at this time.

///

Assistant United States Attorney Christopher Baker does not oppose this request for a continued Sentencing Hearing for Mr. Sampson.

Defense Counsel respectfully requests that the Court grant the Stipulation and Proposed Order to Continue the Sentencing Hearing to November 5, 2018 at 10:00 AM.

Dated: October 13, 2018  /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
GARRY SAMPSON

Dated: October 13, 2018  /s/ Christopher Baker
CHRISTOPHER D. BAKER
Assistant United States Attorney

ORDER

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the October 22, 2018 Sentencing Hearing for Garry Sampson, Case 1:16-cr-00176-DAD-BAM, is continued to November 5, 2018 at 10:00 AM.

IT IS SO ORDERED.

Dated: **October 16, 2018**  _____
UNITED STATES DISTRICT JUDGE