**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, GARRY SAMPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARRY SAMPSON,<br><br>Defendant. | CASE NO.  1:16-cr-00176-DAD-BAM &<br>CASE NO. 1:12-cr-00028-DAD-BAM<br><br>**DEFENDANT GARRY SAMPSON'S REQUEST FOR A DAY PASS ON NOVEMBER 12, 2018 FOR PROGRAM INTERVIEW;  &  ORDER THEREON** |

### BACKGROUND

On November 5, 2018, sentencing in Case #1:12-cr-00028 and Case #1:16-cr-00176 was continued until December 3, 2018, in order to more thoroughly explore program options for Defendant Garry Sampson.

The court advised it would authorize a day pass from the Fresno County Jail where Mr. Sampson is incarcerated in order to travel with a defense investigator to Delancey Street for an interview with that organization.

### CURRENT STATUS

Defense Counsel spoke with Delancey Street on Tuesday, November 6, 2018. Ira at Intake confirmed Mr. Sampson would have to go to San Francisco for an interview with the program administration before acceptance. Admission criteria were discussed as well as the general

1 | Delancey Street Foundation philosophies.

2 |        Kathy Grinstead of Early Intervention Services, located at 4486 East Donner Avenue,

3 | Fresno, CA 93726, and whose phone number is (559) 970-8180, will meet with Mr. Sampson at

4 | the Fresno County Jail for a pre-assessment on Wednesday, November 7, 2018. Teri Rothschild,

5 | her investigator, will transport Mr. Sampson to Delancey Street, located at 600 Embarcadero

6 | Street, San Francisco, CA 94107. Delancey Street's phone number is (415) 957-9800. If the Court

7 | agrees, transport will be on MONDAY NOVEMBER 12, 2018: leaving the Fresno County Jail at

8 | 5:00 AM, and returning Mr. Sampson to the Fresno County Jail by close of business

9 | NOVEMBER 12, 2018.

10 |        Ms. Grinstead will contact Delancey Street in advance of Monday so the Delancey Street

11 | Foundation knows Mr. Sampson will be driving from Fresno to San Francisco on a Day Pass

12 | from the Fresno County Jail.

13 | CONCLUSION

14 |        Mr. Gary Sampson, Defendant in Case #1:12-cr-00028 and Case #1:16-cr-00176 requests

15 | the Court order him released from the Fresno County Jail for a Day Pass on Monday, November

16 | 12, 2018 at 5:00 AM to travel with Teri Rothschild, a defense investigator working for Early

17 | Intervention Services, to the Delancey Street Foundation in San Francisco for purposes of an

18 | interview for suitability for the program.

19 |                     Respectfully Submitted,

20 |

21 | Dated:  November 7, 2018              */s/ Carol Ann Moses*

                                         CAROL ANN MOSES

22 |                                          Attorney for Defendant,

                                         GARRY SAMPSON

23 |

24 |

25 |

26 |

27 |

28 |

ORDER

GOOD CAUSE APPEARING, the above request for Defendant GARRY SAMPSON to be released from the Fresno County Jail on a Day Pass on Monday, November 12, 2018, to be driven by Teri Rothschild, defense investigator for Early Intervention Services, to San Francisco for an interview with Delancey Street for the purpose of determining suitability and acceptance into the Delancey Street program, is hereby granted. The following is hereby accepted and adopted as the Order of this Court in Case #1:12-cr-00028 and Case #1:16-cr-00176:

1. Mr. Sampson shall be released from the Fresno County Jail to Teri Rothschild on Monday November 12, 2018 at 5:00 AM and transported by Ms. Rothschild to Delancey Street located at 600 Embarcadero, San Francisco, CA 94107. (415)-957-9800.

2. After the interview with the Delancey Street Foundation, Mr. Sampson will be returned to the Fresno County Jail by Ms. Rothschild before the close of business on November 12, 2018.

IT IS SO ORDERED.

Dated:  **November 8, 2018**  _____

*Dale A. Drozd*

UNITED STATES DISTRICT JUDGE