McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 1:16-CR-00176 DAD |
| Plaintiff, | |
| v. | |
| CHRIS WILEY, JAMAR JOHNSON, ANTHONY LATIMORE, CHARLIE STEVENSON, AND RASHAWN ALKOBADI, | |
| Defendants. | |
| United States of America, | No. 1:16-CR-00188 DAD |
| Plaintiff, | |
| v. | |
| ANTHONY RAMIREZ, | |
| Defendant. | |
| United States of America, | No. 1:16-CR-00173 DAD |
| Plaintiff, | |
| v. | |
| KHALIF CAMPBELL, | |

1

| | |
|---|---|
| Defendant. | |
| United States of America, | No. 1:16-CR-00172 DAD |
| Plaintiff, | |
| v. | |
| JAMAR JOHNSON, | |
| Defendant. | |
| United States of America, | No. 1:16-CR-00169 DAD |
| Plaintiff, | |
| v. | |
| OMAR GONZALEZ, | |
| Defendant. | |

The United States, through McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney, and Galatea DeLapp, attorney for Jamar Johnson; Barbara H. O'Neill, attorney for Anthony Latimore; Daniel Harralson, attorney for Charlie Stevenson; Nicholas Reyes, attorney for Rashawn Alkobadi; Robert Lamanuzzi, attorney for Anthony Ramirez; Roger Wilson, attorney for Khalif Campbell; and Anthony Capozzi, attorney for Omar Gonzalez, have stipulated to a continuance of the pretrial motion hearing set for February 27, 2019 to May 29, 2019 at 10:00 a.m. The case is set for trial in July 2019. Originally, *United States v. Robert Gonzalez, et al*, 1:16-CR-00187 DAD, a related case, was set for trial in April 2019. However, that case was continued to December 3, 2019 and the pretrial hearing for that matter set for October 21, 2019. Given the continuance and the likelihood that additional defendants will resolve their matters by guilty plea, the parties believe that it will be most efficient to have the hearing closer in time to the trial date.

Additionally, the government and Scott Quinlan, attorney for Chris Wiley, stipulate to a continuance of the hearing on defendant Wiley's motion for CI disclosure to March 13, 2019 at 10:00 a.m. The parties believe they are moving toward a resolution of the matter which may

1  make the hearing unnecessary.

2

3  Dated: February 26, 2019                Respectfully submitted,

4                                          McGREGOR W. SCOTT
                                           United States Attorney

5

6                                     By   /s/ Kimberly A. Sanchez
                                           KIMBERLY A. SANCHEZ
7                                          Assistant U.S. Attorney

8

9  Dated: February 26, 2019                /s/ William Scott Quinlan
                                           WILLIAM SCOTT QUINLAN
10                                         Attorney for Chris Wiley

11
   Dated: February 26, 2019                /s/ Galatea DeLapp
12                                         GALATEA DELAPP
                                           Attorney for Jamar Johnson
13
   Dated: February 26, 2019                /s/ Barbara O'Neill
14                                         BARBARA O'NEILL
                                           Attorney for Anthony Latimore
15

16 Dated: February 26, 2019                /s/ Daniel Harralson
                                           DANIEL HARRALSON
17                                         Attorney for Charlie Stevenson

18
   Dated: February 26, 2019                /s/ Robert Lamanuzzi
19                                         ROBERT LAMANUZZI
                                           Attorney for Anthony Ramirez
20
   Dated: February 26, 2019                /s/ Nicholas Reyes
21                                         NICHOLAS REYES
                                           Attorney for Rashawn Alkobadi
22

23 Dated: February 26, 2019                /s/ Anthony Capozzi
                                           ANTHONY CAPOZZI
24                                         Attorney for Omar Gonzalez

25 Dated: February 26, 2019                /s/ Roger Wilson
                                           ROGER WILSON
26                                         Attorney for Khalif Campbell

27

28

It is Ordered that the pretrial hearing scheduled for February 27, 2019 is continued to May 29, 2019 at 10:00 a.m. and the hearing on CI disclosure scheduled for February 27, 2019 as to Chris Wiley is continued to March 13, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**February 26, 2019**__         _____
                                          UNITED STATES DISTRICT JUDGE