| | |
|---|---|
| 1 | **CAROL ANN MOSES #164193** |
| | Attorney at Law |
| 2 | 7636 N. Ingram Ave., #104 |
| | Fresno, California 93711 |
| 3 | Telephone: (559) 449-9069 |
| | Facsimile: (559) 513-8530 |
| 4 | carol@yosemitelawyer.com |

Attorney for Defendant,
GARRY SAMPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:16-cr-00176-DAD-BAM & |
|---|---|---|
| | ) | CASE NO. 1:12-cr-00028-DAD-BAM |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS |
| vs. | ) | CONFERENCE ON SENTENCING |
| | ) | HEARING |
| | ) | |
| GARRY SAMPSON, | ) | |
| | ) | Date: December 9, 2019 |
| | ) | Time: 10:00 AM |
| Defendant. | ) | Judge: Hon. Dale A. Drozd |
| ──────────────────────────── | ) | |

IT IS HEREBY STIPULATED by and between the Defendant GARRY SAMPSON, his attorney of record, CAROL MOSES and Assistant United States Attorney KIMBERLY A. SANCHEZ, that the status conference regarding the sentencing in the above-captioned matter now set for December 9, 2019 at 10:00 AM, be continued to June 15, 2020 at 10:00 AM for a further status conference on the on the issue of sentencing Mr. Sampson.

Mr. Sampson entered a plea of guilty on August 1, 2018 and was subsequently ordered released from custody and transported to The Delancey Street Foundation in San Francisco, California for a determination on Mr. Sampson's suitability for The Delancey Street Program. Attached is a letter from the program showing that Mr. Sampson remains at the program and is in full compliance.

The government has no objection to the proposed continuance. Accordingly, the parties

1

are requesting a continuance of the status conference to June 15, 2020 to monitor Mr. Sampson's progress at the program, and to set another status conference for sentencing consideration.

Mr. Sampson previously pleaded guilty, thus no exclusion of time is necessary.

Respectfully Submitted,

Dated: December 2, 2019  /s/ *Carol Ann Moses*
CAROL ANN MOSES
Attorney for Defendant,
GARRY SAMPSON

Dated: December 2, 2019  /s/ *Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for the United States

ORDER

GOOD CAUSE APPEARING, the above stipulation is accepted and adopted as the order of this Court in Case No. 1:16-cr-00176-DAD-BAM and in Case No. 1:12-cr-00028-DAD-BAM. The status conference as to Defendant GARRY SAMPSON currently scheduled for December 9, 2019, at 10:00 AM is hereby continued to June 15, 2020 at 10:00 AM in Courtroom 5 before United States District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **December 2, 2019**

UNITED STATES DISTRICT JUDGE