**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
GARRY SAMPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>  )<br>vs.  )<br>  )<br>  )<br>GARRY SAMPSON,  )<br>  )<br>  )<br>Defendant.  )<br>_____ ) | CASE NO. 1:16-cr-00176-DAD-BAM &<br>CASE NO. 1:12-cr-00028-DAD-BAM<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS  CONFERENCE<br>ON SENTENCING HEARING<br><br><br>Date:  June 8, 2020<br>Time:  10:00 AM<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the Defendant GARRY SAMPSON, his attorney of record, CAROL MOSES and Assistant United States Attorney KIMBERLY A. SANCHEZ, that the status conference regarding the sentencing in the above-captioned matter now set for Monday, June 8, 2020 at 10:00 A.M., be continued to Monday December 14, 2020 at 10:00 AM for a further status conference on the on the issue of sentencing Mr. Sampson.

Mr. Sampson entered a plea of guilty on August 1, 2018 and was subsequently ordered released from custody and transported to The Delancey Street Foundation in San Francisco, California for a determination on Mr. Sampson's suitability for The Delancey Street Program. Attached is a letter from the program showing that Mr. Sampson remains at the program and is in full compliance.

The government has no objection to the proposed continuance. Accordingly, the parties

are requesting a continuance of the status conference to December 14, 2020, to monitor Mr. Sampson's progress at the program, and to set another status conference for sentencing consideration.

Mr. Sampson previously pleaded guilty, thus no exclusion of time is necessary.

Respectfully Submitted,

Dated:  June 3, 2020              /s/ *Carol Ann Moses*
                                  CAROL ANN MOSES
                                  Attorney for Defendant,
                                  GARRY SAMPSON


Dated: June 3, 2020               /s/ *Kimberly A. Sanchez*
                                  KIMBERLY A. SANCHEZ
                                  Assistant United States Attorney
                                  Attorney for the United States

## ORDER

GOOD CAUSE APPEARING, the above stipulation is accepted and adopted as the order of this Court in Case No. 1:16-cr-00176-DAD-BAM and in Case No. 1:12-cr-00028-DAD-BAM. The status conference as to Defendant GARRY SAMPSON currently scheduled for June 8, 2020 at 10:00 AM is hereby continued to December 14, 2020 at 10:00 AM in Courtroom 5 before United States District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **June 4, 2020**
                                  UNITED STATES DISTRICT JUDGE